IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**HELENA AGRI-ENTERPRISES LLC**                                    **PLAINTIFF**

v.                              Case No. 2:19-cv-00116-LPR

**ESLEY E. JOHNSON, JR.**                                          **DEFENDANT**

## AMENDED JUDGMENT

Pursuant to the Order filed on January 17, 2020, and the Amended Order filed today, it is considered, ordered, and adjudged that default judgment is entered against Defendant. Plaintiff is awarded damages in the amount of $168,748.69, pre-judgment finance charges in the amount of $9,694.93, post-judgment interest at an annual rate of 1.538%,[1] attorney's fees in the amount of $2,200, and costs in the amount of $400.

IT IS SO ADJUDGED this 18th day of October 2021.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] This post-judgment interest rate is the only applicable post-judgment interest rate that may be used. I intend it to have applied *nunc pro tunc* from the date of the original judgment, specifically January 17, 2020.