**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**EASTERN DIVISION**

**HELENA AGRI-ENTERPRISES, LLC**                                              **PLAINTIFF**

**vs.**                                    **CASE NO. 2:19CV00116 LPR**

**ESLEY JOHNSON, JR.**                                                   **DEFENDANT**

**SOUTHERN BANCORP BANK**                                       **GARNISHEE**

**AGREED ORDER ON PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**
**AND FOR ORDER DIRECTING GARNISHEE TO PAY OVER FUNDS**

Pending before the Court is the motion for summary judgment and for order directing garnishee to pay over funds, filed by the Helena Agri-Enterprises, LLC f/k/a Helena Chemical Company ("**Helena**"), and the response thereto filed by the defendant Esley E. Johnson Jr. (the "**Defendant**").  Based on the pleadings, the pending writ of garnishment directed to garnishee Southern Bancorp Bank ("**Garnishee**") and the answer thereto of Garnishee, and based upon the agreement of Helena; the Defendant, together with his spouse, Cassie Johnson, and son, Gage Johnson (together with the defendant, the "**Johnsons**"); and Garnishee, all as indicated by the signatures of their undersigned counsel, the Court does hereby find and order as follows:

1.      In aid of execution of the Judgment entered herein, as amended, Helena has caused to be issued a Writ of Garnishment and accompanying Garnishment Allegations and Interrogatories, directed to Garnishee (the "**Writ of Garnishment**").  (Doc. No. 13.)  The Writ of Garnishment was served on Garnishee on or about March 27, 2020.

2.      Garnishee has confirmed that it is indebted to the Defendant, and is currently holding property on behalf of the Defendant pursuant to the Writ of Garnishment in the total amount of $29,097.83, consisting of funds from: (a) a joint checking account with a balance on the date that Garnishee was served with the Writ of Garnishment of $1,968.43; and (b) a

Certificate of Deposit with a balance of $27,279.40 on the date that Garnishee was served with the Writ of Garnishment (collectively, the "**Garnishment Proceeds**").

3.      On September 1, 2021, Helena filed a motion for summary judgment and for order directing garnishee to pay over the Garnishment Proceeds which it holds.  (Doc. Nos. 34-36.)  The Defendant filed a response objecting to the motion on September 15, 2021 (Doc. No. 53), and Helena filed a reply to the response on September 22, 2021 (Doc. No. 55).  Through its motion and reply, Helena has asserted that all of the Garnishment Proceeds are subject to the Writ of Garnishment.  Through his response, the Defendant has disputed that all or part of the Garnishment Proceeds are subject to the Writ of Garnishment.

4.      Consistent with the findings contained herein and the agreement of the parties, as further provided below, Helena's motion is hereby **GRANTED IN PART**, and **DENIED IN PART**.

5.      The Court hereby finds and orders that all of the funds held by Garnishee in the joint checking account held by Garnishee, in the total amount of $1,968.43, are subject to the Writ of Garnishment, and duly and properly payable to Helena without further delay or dispute. The Court further finds that the sum of $17,000.00 from the balance of the Certificate of Deposit held by Garnishee is also subject to the Writ of Garnishment, and duly and properly payable to Helena without further delay or dispute.

6.      Accordingly, Helena is entitled to receive a total amount of $18,968.43 from the funds held by Garnishee pursuant to the Writ of Garnishment.  No dispute of material fact remains as to Helena's entitlement to such amount, and Helena is entitled to summary judgment with respect to such amount as a matter of law.  The Court finds that the remaining amount of the

Garnishment Proceeds over and above the sum of $18,968.43 is not subject to the Writ of Garnishment and shall be unfrozen within three (3) business days of entry of this order.

7.     Consistent with these findings, Garnishee is hereby ordered to pay immediately to Helena the total sum of $18,968.43 subject to the Writ of Garnishment on the date that Garnishee was served with the Writ of Garnishment.  Garnishee is further directed to release any hold or freeze on the remaining Garnishment Proceeds it holds.  Upon payment of the sum of $18,968.43 to Helena, Garnishee shall be discharged from any further liability herein under the Writ of Garnishment and dismissed from this proceeding.

**IT IS SO ORDERED.**

_____
**HONORABLE LEE P. RUDOFSKY**
**UNITED STATES DISTRICT JUDGE**

Dated:  September 13, 2022_____

**AGREED AS TO FORM AND SUBSTANCE:**


*/s/ Ralph D. Scott III*
Ralph D. Scott (2015127)
LAX, VAUGHAN, FORTSON,
  ROWE & THREET, P.A.
11300 Cantrell Road, Suite 201
Little Rock, AR 72212
Phone: (501) 376-6565

*Attorneys for Helena Agri-Enterprises, LLC*


*/s/ Edward H. Schieffler*
Edward H. Schieffler, 88-159
SCHIEFFLER LAW FIRM
P.O. Box 2309
West Helena, AR 72390
(501) 572-2161

*Attorney for the Johnsons*


*/s/ Jacob P. Fair*
Jacob P. Fair
WRIGHT, LINDSEY & JENNINGS LLP
200 West Capitol Avenue, Suite 2300
Little Rock, Arkansas 72201-3699
(501) 371-0808
FAX: (501) 376-9442
E-MAIL: jfair@wlj.com

*Attorneys for Garnishee*